IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DERRICK MCCANN,

                        Plaintiff,

    v.                                                              ORDER

PACAL BAYLEY,                                             15-cv-243-jdp

                        Defendant.

---

      Pro se plaintiff Derrick McCann filed this civil action alleging that defendant Pacal Bayley discriminated against him based on his race with regard to his music career. After screening the complaint, I concluded that plaintiff's complaint failed to satisfy Federal Rule of Civil Procedure 8 and directed plaintiff to submit an amended complaint more clearly detailing his claims. Dkt. 4. I gave plaintiff until June 23, 2016 to respond to my order. *Id.* I warned plaintiff that if he failed to respond, I would dismiss his case for his failure to state a claim upon which relief may be granted. *Id.* The deadline for a response has now passed and plaintiff has not responded to my order.

      Accordingly, IT IS ORDERED that this case is DISMISSED without prejudice. The clerk of court is directed to close this case.

      Entered July 8, 2016.

                                                              BY THE COURT:

                                                              /s/

                                                        _____
                                                        JAMES D. PETERSON
                                                       District Judge