IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK MCCANN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

15-cv-243-jdp

v.

PACAL BAYLEY,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/8/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |

243